**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 19-27631-JNP |
| | CHAPTER 13 |

**Terri L. Parisi
aka Terri Lynn Parisi
aka Terri L. Orr
aka Terri Parisi,**

   Debtor,

**Joseph F. Parisi, III
aka Joseph Parisi, III
aka Joseph Parisi
aka Joseph F. Parisi,**

   Joint Debtor.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of SOVEREIGN BANK ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CITRON, LLC
130 CLINTON ROAD, SUITE 202
FAIRFIELD, NJ 07004**

RAS Citron, LLC  
Attorney for Secured Creditor  
10700 Abbott's Bridge Road  
Suite 170  
Duluth, GA 30097  
Telephone: 470-321-7112  

By: /s/Harold Kaplan  
    Harold Kaplan, Esquire  
    Email: hkaplan@rasnj.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 6, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

LAW OFFICE OF S. DANIEL HUTCHISON
135 NORTH BROAD ST.
WOODBURY, NJ 08096

ISABEL C. BALBOA
535 ROUTE 38 - SUITE 580
CHERRY HILL, NJ 08002

U.S. TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

TERRI L. PARISI
AKA TERRI LYNN PARISI
AKA TERRI L. ORR
AKA TERRI PARISI
419 ROSEBUD DRIVE
WILLIAMSTOWN, NJ 08094

JOSEPH F. PARISI, III

AKA JOSEPH PARISI, III

AKA JOSEPH PARISI

AKA JOSEPH F. PARISI

419 ROSEBUD DRIVE

WILLIAMSTOWN, NJ 08094

                                                    RAS Citron, LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road
Suite 170
Duluth, GA 30097
Telephone: 470-321-7112

By: /s/Harold Kaplan
Harold Kaplan, Esquire
Email: hkaplan@rasnj.com