| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for FLAGSTAR BANK, FSB, as servicer for MATRIX FINANCIAL SERVICES CORPORATION<br>R.A. LEBRON, ESQ.<br>YFLF020<br>bankruptcy@feinsuch.com | |
| In Re:<br><br>TERRI L. PARISI aka TERRI LYNN PARISI aka TERRI L. ORR aka TERRI PARISI and JOSEPH F. PARISI, III aka JOSEPH PARISI, III aka JOSEPH PARISI aka JOSEPH F. PARISI<br><br> Debtor(s). | Case No.: 19-27631 JNP<br><br>Chapter: 13<br><br>Judge: Hon. Jerrold N. Poslusny, Jr. |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of FLAGSTAR BANK, FSB, as servicer for MATRIX FINANCIAL SERVICES CORPORATION. This party is a party in interest in this case pursuant to a mortgage dated October 26, 2015 and recorded in the Office of the GLOUCESTER County Clerk/Register on January 7, 2016 in Mortgage Book 14546, Page 164, and is a secured creditor. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

        ADDRESS:    FEIN, SUCH, KAHN & SHEPARD, P.C.
                             Counsellors at Law
                             7 Century Drive - Suite 201
                             Parsippany, New Jersey 07054

        DOCUMENTS:

        ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

        ☒ All documents and pleadings of any nature.

                                        **FEIN, SUCH, KAHN & SHEPARD, P.C.**
                                        Attorneys for FLAGSTAR BANK, FSB, as
                                        servicer for MATRIX FINANCIAL SERVICES
                                        CORPORATION

Dated: November 8, 2019        By:/s/ R.A. Lebron, Esq.
                                             R.A. LEBRON, ESQ.

Case No.: 19-27631 JNP