Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]  
Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-27631 (JNP)

Terri L. Parisi and Joseph F. Parisi, Iii  
419 Rosebud Drive  
Williamstown, NJ  08094

Monthly Payment: $433.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/25/2022 | $430.00 | 02/23/2022 | $430.00 | 03/22/2022 | $430.00 | 04/22/2022 | $430.00 |
| 05/23/2022 | $430.00 | 06/23/2022 | $430.00 | 07/22/2022 | $430.00 | 08/22/2022 | $430.00 |
| 09/22/2022 | $430.00 | 10/24/2022 | $430.00 | 11/22/2022 | $430.00 | 12/22/2022 | $430.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | TERRI L. PARISI | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | S. DANIEL HUTCHISON, ESQUIRE | 13 | $4,750.00 | $4,750.00 | $0.00 | $0.00 |
| 1 | ADVOCARE IN-PATIENT MEDICINE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN HONDA FINANCE CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | JPMORGAN CHASE BANK, N.A. | 33 | $13,924.86 | $2,600.96 | $11,323.90 | $1,387.44 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $793.23 | $148.17 | $645.06 | $79.04 |
| 5 | DISCOVER BANK | 33 | $14,094.76 | $2,632.70 | $11,462.06 | $1,404.37 |
| 6 | DONNA PARISI | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | MATRIX FINANCIAL SERVICES CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | FRANKLIN CARDIOVASCULAR ASSOCIATES, PA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | JEFFERSON HEALTH-NEW JERSEY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | MICHAEL ZANE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | PHH MORTGAGE CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | PHH MORTGAGE CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | PHH MORTGAGE CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | SAFE HOME SECURITY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | SPRUCE FIN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $3,706.18 | $692.26 | $3,013.92 | $369.26 |
| 17 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $3,364.17 | $628.39 | $2,735.78 | $335.20 |
| 18 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $4,719.27 | $881.49 | $3,837.78 | $470.22 |
| 19 | TOYOTA MOTOR CREDIT CORPORATION | 33 | $7,097.63 | $1,325.73 | $5,771.90 | $707.19 |
| 20 | TOYOTA MOTOR CREDIT CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | VERIZON BY AMERICAN INFOSOURCE | 33 | $555.37 | $103.74 | $451.63 | $55.34 |
| 23 | WELLS FARGO JEWELRY ADVANTAGE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | JOSEPH F. PARISI III | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | S. Daniel Hutchison | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | TOYOTA MOTOR CREDIT CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | JPMORGAN CHASE BANK, N.A. | 33 | $5,961.03 | $1,113.44 | $4,847.59 | $593.94 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2019 | 2.00 | $0.00 |
| 12/01/2019 | Paid to Date | $730.00 |
| 01/01/2020 | 57.00 | $433.00 |
| 10/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,160.00 |
| Total paid to creditors this period: | $5,402.00 |
| Undistributed Funds on Hand: | $393.02 |
| Arrearages: | ($322.00) |
| Attorney: | S. DANIEL HUTCHISON, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**