| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>**Terri L. Parisi**<br>**Joseph F. Parisi, III** | Case No.  **19-27631**<br><br>Chapter:  **13**<br><br>Judge: |

# CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Terri L. Parisi**_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:  **December 12, 2024**         /s/ Terri L. Parisi
                                     **Terri L. Parisi**
                                     Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>**Terri L. Parisi**<br>**Joseph F. Parisi, III** | Case No.  **19-27631**<br><br>Chapter:  **13**<br><br>Judge: |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __**Joseph F. Parisi, III**__, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:  __**December 12, 2024**__        __/s/ Joseph F. Parisi, III__
                                        **Joseph F. Parisi, III**
                                        Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

rev.8/1/18