Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

> Case No.: 19–27631–JNP
> Chapter: 13
> Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Terri L. Parisi<br>aka Terri Lynn Parisi, aka Terri L. Orr, aka Terri Parisi<br>419 Rosebud Drive<br>Williamstown, NJ 08094 | Joseph F. Parisi III<br>aka Joseph Parisi III, aka Joseph Parisi, aka Joseph F. Parisi<br>419 Rosebud Drive<br>Williamstown, NJ 08094 |

Social Security No.:
  xxx–xx–4188                                          xxx–xx–1202

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 13, 2024</u>          <u>Jerrold N. Poslusny Jr.</u>
                                          Judge, United States Bankruptcy Court