| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Terri L. Parisi<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–4188<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Joseph F. Parisi III<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–1202<br>EIN  __–_____ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  19–27631–JNP | | |

## Order of Discharge                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Terri L. Parisi
aka Terri Lynn Parisi, aka Terri L. Orr, aka Terri Parisi

Joseph F. Parisi III
aka Joseph Parisi III, aka Joseph Parisi, aka Joseph F. Parisi

12/13/24

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                         **Chapter 13 Discharge**                              page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-27631-JNP |
| Terri L. Parisi | Chapter 13 |
| Joseph F. Parisi, III | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 13, 2024 | Form ID: 3180W | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Terri L. Parisi, Joseph F. Parisi, III, 419 Rosebud Drive, Williamstown, NJ 08094-1656 |
| cr | + | Sovereign Bank, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518460270 | | Advocare In-Patient Medicine, Attn: Patient Billing/Bankruptcy Dept., PO Box 3001 D49, Voorhees, NJ 08043-0598 |
| 518460277 | + | Franklin Cardiovascular Associates, PA, 438 Ganttown Road, Suite B8-9, Sewell, NJ 08080-2341 |
| 518460278 | + | Jefferson Health-New Jersey, 500 Marlboro Ave, Cherry Hill, NJ 08002-2020 |
| 518460279 | + | Michael Zane, 416 Robin Lane, Williamstown, NJ 08094-1655 |
| 518460284 | + | Spruce Fin, 2900 North Loop West, Houston, TX 77092-8841 |
| 520440983 | + | TH MSR Holdings, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 520440984 | + | TH MSR Holdings, 446 Wrenplace Road, Fort Mill, SC 29715, TH MSR Holdings, 446 Wrenplace Road Fort Mill, SC 29715-0200 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 13 2024 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 13 2024 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 13 2024 20:44:00 | American Honda Finance Corporation, PO Box 168088, Irving, TX 75016-8088 |
| 518460271 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 13 2024 20:44:00 | American Honda Finance, Attn: Bankruptcy Department, PO Box 168088, Irving, TX 75016 |
| 518482229 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 13 2024 20:44:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518460273 | + | EDI: CITICORP | Dec 14 2024 01:18:00 | Citibank North America, Citibank Corp/Centralized Bankruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 518460274 | | EDI: DISCOVER | Dec 14 2024 01:18:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850 |
| 518468868 | | EDI: DISCOVER | Dec 14 2024 01:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518586859 | | Email/Text: servicingmailhub@flagstar.com | Dec 13 2024 20:44:00 | FLAGSTAR BANK, FSB, MAIL STOP S-142-3, 5151 CORPORATE DR, TROY, MI 48098-2639 |
| 518460276 | + | Email/Text: servicingmailhub@flagstar.com | Dec 13 2024 20:44:00 | Flagstar Bank, Attn: Bankruptcy Department, 5151 Corporate Drive, Troy, MI 48098-2639 |

Case 19-27631-JNP    Doc 49    Filed 12/15/24    Entered 12/16/24 00:17:12    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 13, 2024 | Form ID: 3180W | Total Noticed: 40 |

| | | | |
|---|---|---|---|
| 518564640 | EDI: JEFFERSONCAP.COM | Dec 14 2024 01:18:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518460272 | EDI: JPMORGANCHASE | Dec 14 2024 01:18:00 | Chase Card Services, Attn: Bankruptcy Department, PO Box 15298, Wilmington, DE 19850 |
| 518495187 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 13 2024 20:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520064385 | ^ MEBN | Dec 13 2024 20:33:07 | Matrix Financial Services Corporation, c/o RoundPoint Mortgage Servicing, 446 Wrenplace Road, Fort Mill, SC 29715, Matrix Financial Services Corporation, c/o RoundPoint Mortgage Servicing 29715-0200 |
| 520064384 | ^ MEBN | Dec 13 2024 20:33:09 | Matrix Financial Services Corporation, c/o RoundPoint Mortgage Servicing, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 518460280 | + EDI: LCIPHHMRGT | Dec 14 2024 01:18:00 | PHH Mortgage, PO Box 5443, Mount Laurel, NJ 08054-5443 |
| 518460281 | EDI: LCIPHHMRGT | Dec 14 2024 01:18:00 | PHH Mortgage, Attn: CEO Robert B Crowl, 3000 Leadenhall Road, Mount Laurel, NJ 08054 |
| 518564632 | EDI: LCIPHHMRGT | Dec 14 2024 01:18:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 518460282 | + EDI: LCIPHHMRGT | Dec 14 2024 01:18:00 | PHH Mortgage Corporation, Attn: President, VP, or CEO, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 518586298 | EDI: PRA.COM | Dec 14 2024 01:18:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 518460283 | ^ MEBN | Dec 13 2024 20:33:29 | Safe Home Security, Attn: Bankrupcty Department, 1125 Middle Street #201, Middletown, CT 06457-1686 |
| 518556141 | + Email/Text: RASEBN@raslg.com | Dec 13 2024 20:42:00 | Sovereign Bank, c/o RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518460828 | ^ MEBN | Dec 13 2024 20:34:44 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518460285 | + EDI: SYNC | Dec 14 2024 01:18:00 | Synchrony Bank/Old Navy, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 518460286 | EDI: SYNC | Dec 14 2024 01:18:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5061 |
| 518460287 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 13 2024 20:43:00 | Toyota Financial Services, Attn: Bankruptcy Department, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 518493834 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 13 2024 20:42:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518751566 | Email/PDF: bncnotices@becket-lee.com | Dec 13 2024 20:48:54 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518560998 | + EDI: AIS.COM | Dec 14 2024 01:18:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518460289 | + EDI: VERIZONCOMB.COM | Dec 14 2024 01:18:00 | Verizon Wireless, Attn: Bankruptcy Department, 500 Technology Drive Suite 300, Weldon Springs, MO 63304-2225 |
| 518460290 | + EDI: WFFC2 | Dec 14 2024 01:18:00 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy Department, PO Box 10438, Des Moines, IA |

Case 19-27631-JNP    Doc 49    Filed 12/15/24    Entered 12/16/24 00:17:12    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 13, 2024 | Form ID: 3180W | Total Noticed: 40 |

50306-0438

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518495516 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518460288 | *+ | Toyota Financial Services, Attn: Bankruptcy Dept, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 518493849 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518494060 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518460275 | ##+ | Donna Parisi, 1056 S. Black Horse Pike, Apt. S12, Williamstown, NJ 08094-1969 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Sovereign Bank hkaplan@rasnj.com  kimwilson@raslg.com |
| Harold N. Kaplan | on behalf of Creditor SANTANDER BANK hkaplan@rasnj.com  kimwilson@raslg.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jerome Blank | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. jblank@pincuslaw.com  amautz@pincuslaw.com |
| John R. Morton, Jr. | on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| R. A. Lebron | on behalf of Creditor FLAGSTAR BANK  FSB, as servicer for MATRIX FINANCIAL SERVICES CORPORATION bankruptcy@fskslaw.com |
| S. Daniel Hutchison | on behalf of Joint Debtor Joseph F. Parisi  III sdhteamlaw@outlook.com, backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 13, 2024 | Form ID: 3180W | Total Noticed: 40 |

S. Daniel Hutchison
    on behalf of Debtor Terri L. Parisi sdhteamlaw@outlook.com backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com

Sarah K. McCaffery
    on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. smccaffery@friedmanvartolo.com ckohn@hoflawgroup.com

Shauna M Deluca
    on behalf of Creditor SANTANDER BANK sdeluca@hasbanilight.com hllawpc@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14